IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GNIEWKOWSKI THOMPKINS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 01-AR-612-J |
| WARDEN OWENS, DR. BATES, NURSE BRANDON KINARD, and CORRECTIONS MEDICAL SERVICE, | ) |
| Defendants. | ) |

**ENTERED**
JUN 27 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 7, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on May 24, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED IN PART and the recommendation is ACCEPTED IN PART. Accordingly, the claims against Warden Owens and Corrections Medical Service are due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). The claims against Dr. Bates and Nurse Kinard are due to be referred to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this 27th day of June, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE