IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

GNIEWKOWSKI THOMPKINS, )
)
    Plaintiff, )
)
v. ) CV 01-AR-612-J
)
DR. JOHNNY BATES, and )
NURSE BRANDON KINARD, )
)
    Defendants. )

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on February 14, 2003, recommending that the motion for summary judgment filed by defendants Bates and Kinard be granted. Specifically, the magistrate judge recommended the cruel and unusual punishment claims against defendants Bates and Kinard be dismissed with prejudice. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections were filed.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is due to be ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's cruel and unusual punishment claims against defendants Bates and Kinard, and said defendants are entitled to judgment as a matter of law. The defendants' motion for summary judgment (Document #26) is therefore due to be GRANTED.

    An appropriate order will be entered.

    DONE this the 12th day of March, 2003.

                                                     WILLIAM M. ACKER, JR.
                                                     UNITED STATES DISTRICT JUDGE

